[No. 7809-1-II.  Division Two.  October 31, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD W. MEWS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 83-1-00264-5, Milton R. Cox, J., entered April 3, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Alexander, J.

[No. 7415-0-II.  Division Two.  October 31, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. WADE ROBERT ABAUN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 83-1-01529-6, William L. Brown, Jr., J., entered November 16, 1983. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Reed, J.

[No. 7687-0-II.  Division Two.  October 31, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY WADE BRYSON, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 83-1-00110-5, John W. Schumacher, J., entered March 26, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Alexander, J.